ELIZABETH DI SANTO, as Administratrix of the Estate of JAMES DI SANTO, Deceased, Respondent, *v.* BROOKLYN CHAIR COMPANY, Appellant, Impleaded with Others.

*Di Santo* v. *Brooklyn Chair Company*, 140 App. Div. 119, affirmed.

(Argued March 4, 1912; decided March 19, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendants.

*Frederick Hulse* for appellant.

*Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

JOHN W. WHELAN et al., as Trustees in Bankruptcy of E. REBOULIN FILS & CO., INCORPORATED, Respondents, *v.* HENRY GOLDMAN et al., Doing Business under the Firm Name of GOLDMAN, SACHS & COMPANY, et al., Defendants.

JAMES TALCOTT, Respondent, and HARTFORD FIRE INSURANCE COMPANY, Appellant.

*Whelan* v. *Goldman*, 145 App. Div. 919, affirmed.

(Argued March 5, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1911, affirming a judgment in favor of defendant Talcott entered upon a decision of the court on trial at Special Term in an action to recover and to deter-